RECEIVED
FEB - 7 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| ALMA GUIDRY | * | CIVIL ACTION NO. 07-1174 |
| VERSUS | * | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is AFFIRMED and this matter is DISMISSED with prejudice.

Lafayette, Louisiana, this 7 day of February, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE